# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-CR-00252-RJC-DSC

| | |
|---|---|
| USA, | ) |
|     **Plaintiff,** | ) |
| v. | ) **ORDER** |
| SERGIO IBARRA, | ) |
|     **Defendant.** | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 32), the Indictment, (Doc. No. 17), without prejudice. The defendant has pled guilty to an Information in related Case No. 3:14-cr-164.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 32), is **GRANTED** and the Indictment, (Doc. No. 17), is **DISMISSED** without prejudice.

Signed: August 6, 2015

Robert J. Conrad, Jr.
United States District Judge